# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                                    Tel: (212) 571-5500
Jeremy Schneider                                                   Fax: (212) 571-5507
Robert A. Soloway
David Stern

Rachel Perillo

September 5, 2023

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

                     Re:   United States v. Cericho, et al.
                             **Including Michael Sellick**
                             Ind. No.: 23 Cr. 330 (PAE)

Dear Judge Engelmayer:

     On August 16, 2023 I was assigned to represent Mr. Sellick after his prior counsel was relieved. I write to request that my partner, Jeremy Schneider, be appointed as my co-counsel. At the last court appearance Your Honor informed me that the trial in this matter was scheduled for January 22, 2024 and you inquired if I would be able to be ready for trial on that date. I agreed that I would.

     Since I was assigned to Mr. Sellick's case I have reviewed my schedule, and I am concerned that other cases which must be tried first may interfere with my ability to adequately prepare for this case. I reach this conclusion because of the voluminous discovery in Mr. Sellick's case and my need to prepare for other cases, including United States v. Nadine Wade, 21 Cr. 472(KPF) which will be tried in December.

     Therefore, in an abundance of caution, I seek to have my partner Jeremy Schneider appointed as my co-counsel to represent Mr. Sellick. Mr. Schneider is a member of the C.J.A. Panels in the Southern and Eastern Districts of New York, has practiced criminal law for over 45 years and tried over 160 cases.

```
Hon. Paul A. Engelmayer
September 5, 2023
Page Two

He and/or I are willing and able to conduct Mr. Sellick's trial
on the date set by the Court.  We have met with Mr. Sellick who
joins in this request.

     If you have any questions regarding this application please
contact my office.

     Thank you in advance for your attention to this matter.


                                   Respectfully submitted,

                                   David Stern

                                   David Stern
```

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 45.

9/5/2023

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge