# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

September 13, 2023

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:  United States v. Cerchio et al.
            **Including Michael Sellick**
            Ind. No.: 23 Cr. 330 (PAE)

Dear Judge Engelmayer:

    Jeremy Schneider and I are assigned counsel for Mr. Sellick in the above captioned matter which has a conference scheduled for September 27, 2023. I write, with the consent of counsel for all of Mr. Sellick's co-defendants, seeking to have Your Honor order the U.S. Marshals to allow a co-defendant meeting to be held in the Marshal's holding facility on September 27, 2023 at 12:00 p.m., prior to the scheduled Court appearance. We make this request because the defendants are held in different facilities, some in the Metropolitan Detention Center and some in Essex County, and therefore the normal process of setting up a co-defendant meeting cannot be utilized.

    If you have any questions regarding this application, please contact my office.

Respectfully submitted,

David Stern

cc: All counsel via ECF

**GRANTED.** The United States Marshal service shall accommodate the above mentioned meeting. The Clerk of Court is requested to terminate the motion at Dkt. No. 48.

9/13/2023

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge