ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                                    Tel: (212) 571-5500
Robert A. Soloway                                                                   Fax: (212) 571-5507
David Stern

———————
Rachel Perillo

January 10, 2024

**By ECF & Email**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Vincent Cerchio, *et al.,*
                Including, MICHAEL SELLICK
                23 Cr. 330 (PAE)

Dear Judge Engelmayer:

      David Stern and I represent Michael Sellick in the above-referenced matter. This letter is respectfully submitted without objection from the government, by AUSA Alexandra Messiter, to request an adjournment of sentencing, which is presently scheduled for February 27, 2024 at 11:00 a.m. This is Mr. Sellick's first request for an adjournment of sentencing.

      There are several reasons for this request. First, Probation has indicated that it is waiting to receive information and records that are needed for completion of the Presentence Report. Second, counsel is also waiting on information needed for our sentencing submission, which has been difficult to obtain given the continuous lockdowns at the Brooklyn Metropolitan Detention Center where Mr. Sellick is in custody. Third, I am scheduled to begin a state murder trial on January 22, 2024, which is expected to continue throughout February. Finally, Mr. Stern is scheduled to undergo surgery on January 22, which is expected to require several weeks of recovery. For these reasons, it is respectfully requested that Mr. Sellick's sentencing be adjourned to March 28, 2024 in the afternoon, which would ensure counsel's availability to appear at sentencing, and should provide sufficient time to obtain important documents and records needed for Mr. Sellick's submission. In the alternative, the parties are available on April 3, 2023 at any time.

Hon. Paul A. Engelmayer
January 10, 2024
Page Two

      The Court's time and attention to this matter is appreciated.

                                  Respectfully submitted,
                                        /s/
                                  Jeremy Schneider

cc:    AUSA Alexandra Messiter, AUSA Justin Horton
        *By ECF and Email*

**GRANTED.** Sentencing is adjourned to **March 28, 2024** at **2:00 p.m.** The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 99.

                                                                       1/10/2024

SO ORDERED.

                                      PAUL A. ENGELMAYER
                                      United States District Judge